### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 23-154-2 |
| KHALIL JACKSON-FLETCHER | : | |

### ORDER

**AND NOW**, this 3rd day of February, 2025, upon consideration of Defendant Khalil Jackson-Fletcher's Motion to Dismiss the Indictment with Prejudice or, in the Alternative, for Severance of His Trial from That of His Co-Defendant Burton (ECF No. 71), and the Government's Response in Opposition thereto (ECF No. 73), it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**