**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 23-154-1 & -2 |
| CHRISTOPHER BURTON | : | |
| KHALIL JACKSON-FLETCHER | : | |

**ORDER**

**AND NOW**, this <u>2nd</u> day of <u>June</u>, 2025, upon consideration of Defendant Christopher Burton's *pro se* oral Motion for Severance from his co-Defendant (ECF No. 120) and supporting Memorandum ("Burton Mem.," ECF No. 130), Defendant Khalil Jackson-Fletcher's Motion for Severance of His Trial from That of *Pro Se* Defendant Christopher Burton and supporting Memorandum ("Jackson-Fletcher Mem.," ECF No. 133), and the Government's Response and Memorandum of Law in Opposition to Defendants' Motions for Severance ("Gov't. Opp.," ECF No. 139), it is **ORDERED** that Defendants' Motions for Severance are **DENIED** *without prejudice*.

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**